**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___18 - 20376___ CR-UNGARO

/ O'SULLIVAN

18 U.S.C. § 371
18 U.S.C. § 2421(a)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 2428
18 U.S.C. § 982(a)(1)



UNITED STATES OF AMERICA

vs.

MARIA PILAR REVOREDO,
MARIA BELEN ENRIQUEZ BARRIGA,
and PATRICIO PELL-RICHARDS,
         Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times material to this Indictment:

1.    The website www.themiamidolls.com advertised escort services to customers throughout the United States.

2.    The website www.redtease.me advertised escort services to customers throughout the United States.

3.    RT Network, LLC ("RT Network") was incorporated on or about November 28, 2014, in the State of Wyoming, and listed its principal office at 1673 Bay Rd. 401, Miami Beach,

Florida, 33139.  On or about September 26, 2017, **MARIA PILAR REVOREDO** was named as the signatory for RT Network's 2017 annual report.

4.      Phoebe Ventures, LLC ("Phoebe Ventures") was incorporated on or about January 11, 2017, in the State of Florida, and listed its principal office at 7015 Biscayne Boulevard, Miami, Florida, 33138.  **MARIA BELEN ENRIQUEZ BARRIGA** and **MARIA PILAR REVOREDO** were listed as managers for Phoebe Ventures.

5.      Luxe Solutions Corp ("Luxe Solutions") was incorporated on or about February 6, 2015, in the State of Florida, and listed its principal office at 9341 Collins Avenue, Apt. 1108, Miami Beach, Florida, 33154.  **MARIA BELEN ENRIQUEZ BARRIGA** was listed as the President for Luxe Solutions.

6.      Clic Studio, Corp. ("Clic Studio") was a photography business operated by **PATRICIO PELL-RICHARDS** and located at 8101 Biscayne Boulevard, Penthouse #700, Miami, Florida, 33138.

## COUNT 1

1.      The allegations set forth in paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      From on or about March 27, 2014, through in or around February 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIA PILAR REVOREDO,**
**MARIA BELEN ENRIQUEZ BARRIGA,**
**and PATRICIO PELL-RICHARDS**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury to commit any offense against the United States, that is, to knowingly transport and cause the transportation of any individual in interstate and

foreign commerce, with intent that such individual engage in prostitution, in violation of Title 18, United States Code, Section 2421(a).

## PURPOSE OF THE CONSPIRACY

3.     It was the purpose of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by recruiting women to engage in prostitution, advertising the women's services online, and arranging the women's travel across the United States for prostitution.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the purpose of the conspiracy included, among other things, the following:

4.     **MARIA PILAR REVOREDO**, **MARIA BELEN ENRIQUEZ BARRIGA,** and **PATRICIO PELL-RICHARDS** recruited women from the United States as well as foreign nationals to engage in prostitution in various cities throughout the United States.

5.     **MARIA PILAR REVOREDO**, **MARIA BELEN ENRIQUEZ BARRIGA,** and their co-conspirators, obtained information from the recruited women and posted it on the websites showing profiles for each woman, including erotic photographs of the women, as well as their height, weight, breast measurements, likes, dislikes, price per hour, and a travel schedule.

6.     **MARIA PILAR REVOREDO** and **MARIA BELEN ENRIQUEZ BARRIGA** used the websites to promote the women's services in various cities across the United States.

7.     **MARIA PILAR REVOREDO**, **MARIA BELEN ENRIQUEZ BARRIGA**, and their co-conspirators, managed the women's travel schedules, including arranging air travel, hotel accommodations, and screened and booked customers.

8.     **MARIA PILAR REVOREDO**, **MARIA BELEN ENRIQUEZ BARRIGA**, and their co-conspirators, instructed the women to deposit a percentage of their earnings gained

through prostitution into various bank accounts in cities throughout the United States that **REVOREDO** and **ENRIQUEZ BARRIGA** controlled.

9.      **PATRICIO PELL-RICHARDS** took naked and erotic photographs of the women to be advertised on the websites, recruited women to join the Red Tease Network, assisted in the administration of the www.redtease.me website, and received payments from the Red Tease Network for his services.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the object and purpose thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

1.      On or about March 27, 2014, **MARIA PILAR REVOREDO** named herself the registered owner of the website www.redtease.me.

2.      On or about May 4, 2015, **MARIA BELEN ENRIQUEZ BARRIGA** paid for the renewal of the website www.themiamidolls.com.

3.      On or about January 20, 2015, **MARIA PILAR REVOREDO** opened a Wells Fargo bank account ending in 1523 in the name of RT Network.

4.      In or around March 2015, **PATRICIO PELL-RICHARDS** took naked and erotic photographs of J.U. at Clic Studio, in Miami, Florida, that were posted onto www.redtease.me.

5.      In or around April 2015, **PATRICIO PELL-RICHARDS** took naked and erotic photographs of C.C. at Clic Studio, in Miami, Florida, that were posted onto www.redtease.me.

6.      In or around August 2015, **PATRICIO PELL-RICHARDS** took naked and erotic photographs of K.M. at Clic Studio, in Miami, Florida, that were posted onto www.redtease.me.

7.      On or about November 28, 2015, **MARIA PILAR REVOREDO** opened a JP Morgan Chase Bank Account ending in 3526 in the name of "RT Network, LLC."

8.      During the course of the conspiracy, **MARIA PILAR REVOREDO, MARIA BELEN ENRIQUEZ BARRIGA**, and their co-conspirators, caused approximately $389,375.00 to be deposited into the RT Network JP Morgan Chase Bank Account ending in 3526, including 60 cash deposits totaling approximately $121,910.00, deposited in Florida as well as bank branches throughout the United States.

9.      During the course of the conspiracy, **PATRICIO PELL-RICHARDS** obtained approximately $25,690.00 from RT Network's JP Morgan Chase Bank Account ending in 3526.

10.      During the course of the conspiracy, **MARIA BELEN ENRIQUEZ BARRIGA** obtained approximately $47,129.00 from RT Network's JP Morgan Chase Bank Account ending in 3526.

11.      On or about January 20, 2015, **MARIA PILAR REVOREDO** opened a Wells Fargo Bank Account ending in 1523 in the name of "RT Network, LLC."

12.      During the course of the conspiracy, **MARIA PILAR REVOREDO** obtained approximately $109,878.00 from RT Network's Wells Fargo Bank Account ending in 1523.

13.      On or about April 22, 2016, **MARIA BELEN ENRIQUEZ BARRIGA** opened a Bank of America bank account ending in 8509 in the name of Luxe Solutions.

14.      During the course of the conspiracy, **MARIA PILAR REVOREDO, MARIA BELEN ENRIQUEZ BARRIGA**, and their co-conspirators, caused approximately $489,000.00 to be deposited into Luxe Solutions' Bank of America account ending in 8509.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-3

1.      The allegations set forth in paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIA PILAR REVOREDO and**
**MARIA BELEN ENRIQUEZ BARRIGA,**

did knowingly transport and cause the transportation of an individual, C.C., in interstate commerce with the intent that C.C. engage in prostitution, as described below:

| Count | Approximate Date | Description of Transportation |
|-------|------------------|-------------------------------|
| 2 | May 4, 2015 | US Airways flight # 148 from Miami, Florida to Charlotte, North Carolina |
| 3 | July 25, 2015 | US Airways flight #2055 from Miami, Florida to Philadelphia, Pennsylvania |

In violation of Title 18, United States Code, Sections 2421 and 2.

## COUNTS 4-5

1.      The allegations set forth in paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.      On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIA PILAR REVOREDO and**
**MARIA BELEN ENRIQUEZ BARRIGA,**

did knowingly transport and cause the transportation of an individual, K.M., in interstate commerce with the intent that K.M. engage in prostitution, as described below:

6

| Count | Approximate Date | Description of Transportation |
|-------|------------------|-------------------------------|
| 4 | October 24, 2016 | American Airlines flight #330 from Miami, Florida to Chicago, Illinois |
| 5 | March 27, 2017 | American Airlines flight #120 from Miami, Florida to Chicago, Illinois |

In violation of Title 18, United States Code, Sections 2421 and 2.

### COUNT 6-7

1.     The allegations set forth in paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MARIA PILAR REVOREDO and
MARIA BELEN ENRIQUEZ BARRIGA,**

did knowingly transport and cause the transportation of an individual, J.U., in interstate commerce with the intent that J.U. engage in prostitution, as described below:

| Count | Approximate Date | Description of Transportation |
|-------|------------------|-------------------------------|
| 6 | October 20, 2015 | American Airlines flight #1359 from Miami, Florida to Washington, D.C. |
| 7 | November 30, 2015 | American Airlines flight #1509 from Miami, Florida to Boston, Massachusetts. |

In violation of Title 18, United States Code, Sections 2421 and 2.

### COUNTS 8-12

1.     The allegations set forth in paragraphs 1 through 6 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as if fully set forth herein.

2.     On or about the date specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants, as set forth in each count below, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, which transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, as set forth below:

| Count | Defendant | Approximate Date of Transaction | Description of Transaction |
|---|---|---|---|
| 8 | **MARIA BELEN ENRIQUEZ BARRIGA** | December 21, 2015 | The transfer of $2,073.88 from JP Morgan Chase account ending in 3526 in the name of RT Network LLC to **ENRIQUEZ BARRIGA**. |
| 9 | **MARIA PILAR REVOREDO** | April 20, 2016 | Transfer of $2,000.00 made from Wells Fargo account ending in 1523 in the name of RT Network LLC to **REVOREDO**. |
| 10 | **MARIA PILAR REVOREDO** | August 10, 2016 | Transfer of $5,000.00 made from Wells Fargo account ending in 1523 in the name of RT Network, LLC to **REVOREDO**. |
| 11 | **MARIA PILAR REVOREDO** | December 12, 2016 | Transfer of $5,000.00 from Bank of America account ending in 8509 in the name of Luxe Solutions Corp. to **REVOREDO**. |
| 12 | **MARIA BELEN ENRIQUEZ BARRIGA** | April 19, 2017 | Transfer of $5,000.00 from Bank of America account ending in 4340 in the name of Phoebe Ventures LLC to **ENRIQUEZ BARRIGA**. |

It is further alleged that pursuant to Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1), the specified unlawful activity is the knowing transport of individuals in interstate commerce with the intent that such individuals engage in prostitution, in violation of Title 18, United States Code, Section 2421;

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## CRIMINAL FORFEITURE ALLEGATIONS

1.      The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants, **MARIA PILAR REVOREDO, MARIA BELEN ENRIQUEZ BARRIGA,** and **PATRICIO PELL-RICHARDS** have an interest.

2.      Upon conviction of any violation of Title 18, United States Code, Section 2421, or a conspiracy to commit such violation, as alleged in this Indictment, the defendant shall forfeit to the United States, all property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

3.      Upon conviction of any violation of Title 18, United States Code, Section 2421, or a conspiracy to commit such violation, as alleged in this Indictment, the defendant shall forfeit to the United States, all property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation and all property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

4.      Upon conviction of any violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States, all property, real or personal, involved in such violation, or any property traceable to such property.

5.      The property subject to forfeiture includes, but is not limited to:

      a.      www.themiamidolls.com

      b.      www.redtease.me.

      c.      www.plushmates.club

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), and 2428, and the procedures set forth in Title 21, United States Code, Section 853 including as made applicable by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b).

A TRUE BILL

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MARIA PILAR REVOREDO, et al.

    **Defendants.**

_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| _x_ | Miami | ____ | Key West |
| ____ | FTL | ____ | WPB |   FTP |

New Defendant(s)          Yes _____ No ____
Number of New Defendants
Total number of counts         _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:      (Yes or No)      No____
     List language and/or dialect      _____

4.   This case will take      6-8____ days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

(Check only one)

| | | |
|---|---|---|
| I | 0  to  5 days | _____ |
| II | 6  to 10 days | x |
| III | 11 to 20 days | _____ |
| IV | 21 to 60 days | _____ |
| V | 61 days and over | _____ |

(Check only one)

| | |
|---|---|
| Petty | _____ |
| Minor | _____ |
| Misdem. | _____ |
| Felony | x |

6.   Has this case been previously filed in this District Court?   (Yes or No)   No____
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   No____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No)      No____

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?      _____ Yes   __x__No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?      _____ Yes   __x__ No

_____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   **MARIA PILAR REVOREDO**

**Case No:**

Count #: 1

Conspiracy to Transport Individuals in Interstate Commerce to Engage in Prostitution

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 2-7

Transportation of Individuals in Interstate Commerce to Engage in Prostitution

Title 18, United States Code, Sections 2421 and 2

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 9-11

Money Laundering to Conceal the Source of Proceeds Derived from Specified Unlawful Activity

Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:   MARIA BELEN ENRIQUEZ BARRIGA**

**Case No:**

Count #: 1

Conspiracy to Transport Individuals in Interstate Commerce to Engage in Prostitution

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 2-7

Transportation of Individuals in Interstate Commerce to Engage in Prostitution

Title 18, United States Code, Sections 2421 and 2

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 8, 12

Money Laundering to Conceal the Source of Proceeds Derived from Specified Unlawful Activity

Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   **PATRICIO PELL-RICHARDS**

**Case No:**

Count #: 1

Conspiracy to Transport Individuals in Interstate Commerce to Engage in Prostitution

Title 18, United States Code, Section 371

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**